**Vasilis Fotiou SAKELLARIDIS, Plaintiff-Appellant,**

v.

**J. CABRERA, Correctional Officer at CSP-Corcoran, Defendant-Appellee.**

**No. 17-16009**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 21, 2017

Vasilis Fotiou Sakellaridis, Pro Se

Erick J. Rhoan, Esquire, Deputy Attorney General, AGCA-Office of the California Attorney General, Sacramento, CA, for Defendant-Appellee

Before: WALLACE, SILVERMAN and BYBEE, Circuit Judges.

## MEMORANDUM **

California state prisoner Vasilis Fotiou Sakellaridis appeals pro se from the district court's summary judgment for failure to exhaust in his 42 U.S.C. § 1983 action alleging retaliation in violation of the First Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *An-*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

*dres v. Marshall*, 867 F.3d 1076, 1077 (9th Cir. 2017), and we affirm.

The district court properly granted summary judgment because Sakellaridis did not exhaust his administrative remedies, and he failed to raise a genuine dispute of material fact as to whether administrative remedies were effectively unavailable to him. *See Williams v. Paramo*, 775 F.3d 1182, 1191 (9th Cir. 2015) (setting forth the burden-shifting framework for exhaustion); *see also Ross v. Blake*, ─── U.S. ───, 136 S.Ct. 1850, 1858-60, 195 L.Ed.2d 117 (2016) (setting forth circumstances when administrative remedies are unavailable).

**AFFIRMED.**

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.